**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 17-cv-01602-RM-NRN

JOSE TREJO;
MARISOL TREJO;
OBDULIA JULIE CORTES;
VILMA DE JESUS ALVARENGA CARRANZA; and those similarly situated

       Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY; and
WESTIN DIA OPERATOR, LLC,

       Defendants.

---

**ORDER RE: JOINT MOTION TO STAY ALL DEADLINES AND TOLL THE**
**STATUTES OF LIMITATIONS FOR THE CONDITIONALLY CERTIFIED**
**COLLECTIVE CLASSES' FLSA CLAIMS PENDING MEDIATION (ECF DOC. 64)**

---

THE COURT, having considered the Joint Motion to Stay All Deadlines and Toll the

Statutes of Limitations for the Conditionally Certified Collective Classes' FLSA Claims Pending

Mediation (ECF No. 64) submitted by all parties, the court record, and the relevant rules and law,

hereby finds that sufficient grounds have been shown for the requested stay.  Accordingly, the

Court **ORDERS** as follows:

1.     The Motion (ECF No. 64) is GRANTED;

2.     This case, including all current deadlines, is hereby STAYED pending the parties'

       mediation; and

3.      Absent the filing of a notice of settlement, the parties shall file a status report with

the court describing ongoing settlement efforts within 56 days of the date of this

order.

DATED this 17th day of September, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge