# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-00671-RM-NRN

ISABEL VALVERDE
MARIA SIMON; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION; and
MARRIOTT INTERNATIONAL, INC.

    Defendants.

Civil Case No. 17-cv-01602-RM-NRN

JOSE TREJO;
MARISOL TREJO;
OBDULIA JULIE CORTES;
VILMA DE JESUS ALVARENGA CARRANZA; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY; and
WESTIN DIA OPERATOR, LLC,

    Defendants.

**JOINT MOTION FOR 21 DAY EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

### CERTIFICATION PURSUANT TO D.C.COLO.LCIVR 6.1(c)

Counsel for all Parties certify that this Motion shall be served on their clients after filing.

### MOTION

On January 16, 2019, the Court stayed both actions captioned above pending Court approval of the Rule 23 settlement and ordered that "the parties shall file a motion for preliminary approval of their settlement on or before January 18, 2019." *See Valverde*, ECF Doc. 264; *Trejo* ECF Doc. 75. This gives the Parties less than two days to prepare their preliminary approval filing, which includes (1) drafting and conferring over the motion for preliminary approval, (2) drafting and conferring over the Rule 23 notice, claim form, and opt-out form, and (3) obtaining estimates from and retaining a proposed class administrator for court approval.

The Parties recognize that they initially requested the January 18, 2019 deadline in their joint motions requesting a stay pending settlement. *See Valverde*, ECF Doc. 257; *Trejo* ECF Doc. 68. However, since that filing, the Parties have been providing clarification to the Court regarding the nature and propriety of the settlement and the nature and extent of the claims remaining in these cases. *See Valverde* ECF Docs. 258-263; *Trejo*, ECF Docs. 69-74. In an effort to avoid the unnecessary expense associated with preparing the preliminary approval documents if the Court were to reject the Parties' clarifications, the Parties did not spend significant on these documents prior to today's orders. As the Court has now indicated a willingness to entertain a motion for preliminary approval, the Parties jointly request an additional 21 days to prepare the motion and associated exhibits.

The Parties therefore jointly request an additional 21 days, up to and including February 8, 2019, to submit a motion for preliminary approval of their class action settlement.

Respectfully submitted,

*s/*Alexander Hood
Alexander Hood
David Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

*Attorneys for Plaintiffs*

*s/*Jonathon M. Watson
Jonathon M. Watson
Matthew M Morrison
633 17th Street, Suite 3000
Denver, CO  80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
Email:  jwatson@shermanhoward.com
Email:  mmorrison@shermanhoward.com

*Attorneys for Defendants*

**Certificate of Service**

      I hereby certify that on January 16, 2019 I served a true and correct copy of the forgoing on the individuals below pursuant to Fed. R. Civ. P. 5.

                                        *s/*Alexander Hood
                                        Alexander Hood
                                        Attorney for Plaintiffs