# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-00671-RM-NRN

ISABEL VALVERDE
MARIA SIMON; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION; and
MARRIOTT INTERNATIONAL, INC.

    Defendants.

---

Civil Case No. 17-cv-01602-RM-NRN

JOSE TREJO;
MARISOL TREJO;
OBDULIA JULIE CORTES;
VILMA DE JESUS ALVARENGA CARRANZA; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY; and
WESTIN DIA OPERATOR, LLC,

    Defendants.

---

**JOINT MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**CERTIFICATION PURSUANT TO D.C.COLO.LCIVR 6.1(c)**

Counsel for all Parties certify that this Motion shall be served on their clients after filing.

**MOTION**

The Parties' current deadline to file a motion for preliminary approval of their class action settlement is February 8, 2019. *See Valverde*, ECF Doc. 266; *Trejo*, ECF Doc. 77. In the process of drafting and conferring over that motion and the associated proposed notices, some unresolved issues have come up, including with respect to (1) the scope of the release for Defendants and the named Plaintiffs and (2) the proposed notice and disbursement plan for the class fund. Counsel for all Parties believe they have solutions for these issues but need additional time to confer with their clients about implementing those solutions. In particular, it will take Plaintiffs' counsel significant time in the coming days to discuss any potential change in the nature and scope of the release with the named Plaintiffs, the majority of whom are monolingual Spanish speakers.

In order to allow counsel time to meaningfully confer with their clients regarding these last-minute issues, the Parties request a short four-day extension, up to and including to February 12, 2019, to submit their motion for preliminary approval.

                Respectfully submitted,

                *s/*Alexander Hood
                Alexander Hood
                David Seligman
                Towards Justice
                1410 High Street, Suite 300
                Denver, CO 80218
                Tel.: 720-239-2606
                Fax: 303-957-2289
                Email: alex@towardsjustice.org

*Attorneys for Plaintiffs*

s/Matthew M. Morrison
Jonathon M. Watson
Matthew M Morrison
633 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
Email: jwatson@shermanhoward.com
Email: mmorrison@shermanhoward.com

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on February 5, 2019 I served a true and correct copy of the forgoing on the individuals below pursuant to Fed. R. Civ. P. 5.

*s/*Alexander Hood
Alexander Hood
Attorney for Plaintiffs
