**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00671-RM-NRN
Consolidated with Civil Case No. 17-cv-01602-RM-NRN for Settlement Approval

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

**FINAL JUDGMENT**

---

    Pursuant to the Court's (1) Order entered on December 1, 2017 (ECF No. 217) granting final approval of the class and collective action between Plaintiff Simon and Defendant HCA-HealthONE LLC d/b/a Sky Ridge Medical Center (the "*HealthOne* Settlement") in Civil Action No. 16-cv-00671-RM-NRN (the "*Valverde* Action"), and (2) Order entered on July 20, 2020, granting final approval of the class and collective action settlement (the "*Xclusive* Settlement") between Plaintiffs and the remaining defendants in the *Valverde* Action and in Civil Action No. 17-cv-01602-RM-NRN (the "*Trejo* Action"), which actions were consolidated for settlement approval purposes, it is

    ORDERED AND ADJUDGED that the claims in Civil Action No. 16-cv-00671-RM-NRN and No. 17-cv-01602-RM-NRN are dismissed with prejudice against the Named Plaintiffs in both actions and all other settlement class members, except for the nine members which the parties in the *Xclusive* Settlement agreed opted-out of the *Xclusive* Settlement; and it is

FURTHER ORDERED AND ADJUDGED that this Final Judgment shall enter in Civil Action No. 17-cv-01602-RM-NRN; and it is

FURTHER ORDERED AND ADJUDGED that the Clerk shall close Civil Action No. 16-cv-00671-RM-NRN and No. 17-cv-01602-RM-NRN.

DONE and ORDERED this 20th day of July, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge